UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:17-CV-01524

JENNIFER RONDINELLI REILLY,

    Plaintiff,

v.

ADRIAN L. FERGUSON, JR.; CHARLES
T. SCOTT, and LEGENDARY JOURNEYS,
INC.,

    Defendants.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

__ IS      related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

X IS NOT      related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State Court, or administrative agency.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this September 27, 2017, a true and correct copy of the foregoing has been electronically filed with the Clerk using the CM/ECF system which will provide electronic service to the parties on the Service List below.

/s/ Zachary D. Messa
**Zachary D. Messa, Esquire**
Florida Bar No. 513601
**JOHNSON POPE BOKOR RUPPEL & BURNS, LLP**
911 Chestnut Street
Clearwater, Florida 33756
(727) 461-1818
Fax (727) 462-0965
Email: zacharym@jpfirm.com

James Dale Gibson, Esq.
Gibson, Kohl, Wolff & Rhic, PL
400 Burns Court
Sarasota, FL 34236
(941) 362-8880
Fax: (941) 362-8881
Email: legaljimws1@comcast.net

Attorneys for Defendants
ADRIAN L. FERGUSON, JR.;
CHARLES T. SCOTT, and
LEGENDARY JOURNEYS, INC.

2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:17-CV-01524

SERVICE LIST

Stephen D. Milbrath, Esq.
Juan C. Real, Esq.
Byrd Campbell, P.A.
180 N. Park Avenue, Suite 2A
Winter Park, FL 32789-7401
Office: 407-392-2285
Fax: 407-392-2286
Email: SMilbrath@ByrdCampbell.com

Evan A. Andersen, Esq.
Evan Andersen Law, LLC
P.O. Box 260147
Atlanta, GA 31126
404/496-6606
Fax: 404/400-1305
Email: evan@pixeliplaw.com

3