# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| JENNIFER RONDINELLI REILLY, an individual, | |
| Plaintiff, | CASE NO. 8:17-CV-01524-VMC-AAS |
| v. | |
| LEGENDARY JOURNEYS, INC., ADRIAN L. FERGUSON, JR., an individual, and CHARLES T. SCOTT, an individual, | |
| Defendants. | |

## STIPULATION REGARDING FINAL ORDER AS TO DEFENDANTS

WHEREAS, on June 26, 2017, Plaintiff Jennifer Rondinelli Reilly ("Plaintiff") filed a Complaint for damages and other equitable relief in this matter for copyright infringement and violations of the Digital Millennium Copyright Act pursuant to 17 U.S.C. §§ 101 *et seq.*;

WHEREAS, the Complaint named as Defendants Legendary Journeys, Inc., Adrian L. Ferguson, Jr., and Charles T. Scott (collectively the "Defendants");

WHEREAS, Plaintiff and Defendants have agreed to stipulate the entry of a Final Order for Judgment as to the Defendants through an Offer of Judgment by Defendants pursuant to Federal Rule of Civil Procedure 68 (attached as Exhibit A);

1

THEREFORE, Plaintiff and Defendants hereby stipulate to the entry of a final order with the following terms:

## FINDINGS OF FACT

1. Defendants were each properly served with the Complaint in this matter.

2. The Court has jurisdiction over the subject matter of the case and personal jurisdiction over each of the Defendants. Venue in the Middle District of Florida is proper.

3. The allegations of the Complaint state claims upon which relief may be granted against each of the Defendants under 17 U.S.C. §§ 101 *et seq.*

4. Plaintiff has the authority under 17 U.S.C. §§ 504 and 1202 to seek the relief she has requested.

5. Defendants, without admitting liability or fault concerning the allegations contained in the Complaint, each waive all right to seek judicial review or otherwise to challenge or contest the validity of this Order.

6. Plaintiff acknowledges and agrees that upon satisfaction of this Judgment, she has forever released and discharged the Defendants, including their successors and assigns, from all liability, if any, in connection with the allegations contained in the Complaint.

7. Defendants each hereby waive and/or release any claims or counterclaims against Plaintiff arising out of or relating to this lawsuit and/or the allegations contained in the Complaint.

8. All parties shall bear their own costs and attorneys' fees.

9. Defendants each enter into this Order freely, and acknowledge that they each understand the provisions of this Order and are prepared to abide by its terms.

10. This Order is remedial in nature and shall not be construed as the payment of a fine, penalty, punitive assessment, or forfeiture.

11. Entry of this Order is in the public interest and in the interest of the parties.

IT IS THEREFORE STIPULATED that:

## MONETARY RELIEF

A. Judgment shall hereby be entered against Defendants joint and severally in the amount of Twenty-Two Thousand U.S. Dollars ($22,000.00).

B. Defendants each expressly waive any rights they may possess to litigate the issue of monetary relief.

C. Defendants each relinquish all dominion, control, and title to the funds paid to the fullest extent permitted by law. None of the Defendants shall make any claim to or demand return of the funds, directly or indirectly, through counsel or otherwise.

## RETENTION OF JURISDICTION

IT IS FURTHER STIPULATED that this Court shall retain jurisdiction of this matter for purposes of construction, modification, and enforcement of this Order, and that the Court shall reserve the right to reopen the record to enforce the judgment upon an appropriate motion.

SO STIPULATED, this 18th day of October 2017.

| | |
|---|---|
| EVAN ANDERSEN LAW, LLC | JOHNSON POPE BOKOR RUPPEL & BURNS, LLP |
| /s/ Evan A. Andersen | /s/ Zachary D. Messa |
| Evan A. Andersen | Zachary D. Messa (signed with express written authority) |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

Submitted this 18th day of October, 2017.

/s/ Evan A. Andersen

**BYRD CAMPBELL, P.A.**
STEPHEN D. MILBRATH
FLORIDA BAR NO. 239194
180 Park Avenue North, Suite 2A
Winter Park, FL 32789
tel-(407) 392-2285
fax-(407) 392-2286

**EVAN ANDERSEN LAW, LLC**
EVAN A. ANDERSEN
GEORGIA BAR NO. 377422
*Admitted Pro Hac Vice*
P.O. Box 260147
Atlanta, GA 31126
Tel-(404) 496-6606

*Counsel for Plaintiff Reilly*

## **CERTIFICATE OF SERVICE**

I hereby certify that the undersigned electronically filed this

STIPULATION REGARDING FINAL ORDER AS TO DEFENDANTS

with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to any attorneys of record:

James D. Gibson
GIBSON, KOHL, WOLFF and HRIC, P.L.
400 Burns Court
Sarasota, FL 34236
Phone – 941-362-8880
Fax – 941-362-8881
legaljimjdg@comcast.net

Zachary D. Messa
JOHNSON POPE BOKOR RUPPEL & BURNS, LLP
911 Chestnut Street
Clearwater, FL 33756
Phone – 727-461-1818
Fax – 727-462-0365
Zacharym@jpfirm.com

This 18th day of October, 2017.

/s/ Evan A. Andersen_____
**EVAN ANDERSEN LAW, LLC**
*Counsel for Plaintiff Reilly*

5