# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JENNIFER RONDINELLI REILLY,
an individual,

        Plaintiff,

v.

LEGENDARY JOURNEYS, INC.,
ADRIAN L. FERGUSON, JR.,
an individual, and CHARLES T. SCOTT,
an individual,

        Defendants.

CASE NO. 8:17-CV-1524-T-33AAS

## ORDER

This matter comes before the Court pursuant to the parties' Stipulation Regarding Final Order as to Defendants (Doc. # 31), which was filed on October 18, 2017. As articulated herein, the Court approves the Stipulation with the limitation that the Court declines to retain jurisdiction to enforce the parties' agreed resolution.

### FINDINGS OF FACT

Plaintiff Jennifer Rondinelli Reilly filed a Complaint for damages and other equitable relief in this matter on June 26, 2017, for copyright infringement and violations of the Digital Millennium Copyright Act pursuant to 17 U.S.C. §§ 101 *et seq*. Defendants Legendary Journeys, Inc., Adrian L. Ferguson, Jr., and Charles T. Scott were each properly served with the Complaint in this matter.

1

The Court has jurisdiction over the subject matter of the case and personal jurisdiction over each of the Defendants. Venue in the Middle District of Florida is proper. The allegations of the Complaint state claims upon which relief may be granted against each of the Defendants under 17 U.S.C. §§ 101 *et seq.* Plaintiff has the authority under 17 U.S.C. §§ 504 and 1202 to seek the relief she has requested.

Defendants, without admitting liability or fault concerning the allegations contained in the Complaint, each waive all right to seek judicial review or otherwise to challenge or contest the validity of this Order. Plaintiff acknowledges and agrees that upon satisfaction of this Judgment, she has forever released and discharged the Defendants, including their successors and assigns, from all liability, if any, in connection with the allegations contained in the Complaint. Defendants each hereby waive and/or release any claims or counterclaims against Plaintiff arising out of or relating to this lawsuit and/or the allegations contained in the Complaint.

All parties shall bear their own costs and attorneys' fees. Defendants each enter into this Order freely, and acknowledge that they each understand the provisions of this Order and are prepared to abide by its terms. This Order is remedial in nature and shall not be construed as the payment of a fine, penalty, punitive assessment, or forfeiture. Entry of this Order is in the public interest and in the interest of the parties.

IT IS THEREFORE ORDERED and STIPULATED that:

## **MONETARY RELIEF**

Judgment shall hereby be entered against Defendants joint and severally in the amount of Twenty-Two Thousand U.S. Dollars ($22,000.00). Defendants each expressly

waive any rights they may possess to litigate the issue of monetary relief. Defendants each relinquish all dominion, control, and title to the funds paid to the fullest extent permitted by law. None of the Defendants shall make any claim to or demand return of the funds, directly or indirectly, through counsel or otherwise.

Accordingly, it is

**ORDERED, ADJUDGED**, and **DECREED**

1. The Clerk is directed to enter Judgment against Defendants Legendary Journeys, Inc., Adrian L. Ferguson, Jr., and Charles T. Scott, jointly and severally, in the amount of Twenty-Two Thousand Dollars ($22,000.00), in accordance with the Offer of Judgment and Stipulation reflected in the record.

2. The Court declines to retain jurisdiction over this case.

3. After entry of Judgment, the Clerk shall close the case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 19th day of October, 2017.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

3